IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANALOG DEVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-2225 (RGA) |
| | ) |
| XILINX, INC., | ) |
| | ) |
| Defendant. | ) |
| XILINX, INC. and | ) |
| XILINX ASIA PACIFIC PTE. LTD., | ) |
| | ) |
| Counterclaim Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ANALOG DEVICES, INC., | ) |
| | ) |
| Counterclaim Defendant. | ) |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to dismiss this case, including all claims and counterclaims, with prejudice. Each party will bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Brian P. Egan | /s/ Anne Shea Gaza |
| Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com | Anne Shea Gaza (#4093)<br>Robert M. Vrana (#5666)<br>Samantha G. Wilson (#5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br>swilson@ycst.com |
| *Attorneys for Plaintiff / Counterclaim-Defendant Analog Devices, Inc.* | *Attorneys for Defendants / Counterclaim Plaintiffs Xilinx, Inc. and Xilinx Asia Pacific Pte. Ltd.* |
| OF COUNSEL: | OF COUNSEL: |
| ARENTFOX SCHIFF LLP<br>Janine A. Carlan<br>Taniel E. Anderson<br>Jasjit S. Vidwan<br>1717 K Street, NW<br>Washington, DC 20006-5344<br>(202) 857-6000 | MORRISON & FOERSTER LLP<br>Michael A. Jacobs<br>Richard S.J. Hung<br>425 Market Street<br>San Francisco, CA 94105 |
| Peter T. Busch<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>(202) 484-3900 | Bita Rahebi<br>Hector G. Gallegos<br>Alex S. Yap<br>Ryan J. Malloy<br>Nicholas Ryan Fung<br>Rose S. Lee<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017 |
| Helen H. Ji<br>Matthew T. Wilkerson<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>(312) 258-5500 | John R. Lanham<br>12531 High Bluff Drive, Suite 100<br>San Diego, CA 92130 |
| | Roman A. Swoopes<br>755 Page Mill Road<br>Palo Alto, CA 94304 |
| November 14, 2022 | |

2

**SO ORDERED** this _____ day of November, 2022.

_____
The Honorable Richard G. Andrews